Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−29333−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry Mueller                                    Kathleen L. Mueller
   102 Morningside Avenue                           102 Morningside Avenue
   Union Beach, NJ 07735                            Union Beach, NJ 07735

Social Security No.:
   xxx−xx−7938                                      xxx−xx−6886

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 9, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 9, 2018
JAN: kmf

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-29333-MBK
Henry Mueller                                                           Chapter 13
Kathleen L. Mueller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 3            Date Rcvd: Mar 09, 2018
                             Form ID: 148             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
```
db/jdb         +Henry Mueller,    Kathleen L. Mueller,    102 Morningside Avenue,    Union Beach, NJ 07735-3013
517083184      +Allied Interstate, LLC,    13111 E. Briarwood Avenue, #340,    Centennial, CO 80112-3913
517083186      +Apothaker & Associates, PC,    520 Fellowship Road,    Suite C306,    Mount Laurel, NJ 08054-3410
517083187      +Bayshore Home & Care Pharmacy,    733 North Beers Street,    Holmdel, NJ 07733-1513
517083188      +Borough of Union Beach,    Tax Collector's Office,    650 Poole Avenue,    Keyport, NJ 07735-3044
517095781     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: CREDIT ACCEPTANCE,      25505 WEST 12 MILE ROAD,
                 SOUTHFIELD , MI 48034)
517083191      +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
517083196      +EOS CCA,   Po Box 981008,    Boston, MA 02298-1008
517083193      +Emergency Medical Associates,    PO Box 717,    Livingston, NJ 07039-0717
517083197      +Equifax,   PO Box 740241,    Atlanta, GA 30374-0241
517083198      +Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
517083199      +First Response Ambulance,    402 Main Street, Suite 331,    Metuchen, NJ 08840-1846
517083204      +Ira R. Deiches, Esq.,    Deiches & Ferschmann,    25 Wilkins Avenue,    Haddonfield, NJ 08033-2405
517263867      +JCP&L,   101 Crawfords Corner Rd.,    Bldg. #1 Ste. 1-511,    Holmdel, NJ 07733-1976
517083205       JCP&L,   PO Box 3687,    Akron, OH 44309-3687
517083206      +KML Law Group, P.C.,    216 Haddon Avenue,    Ste. 406,    Westmont, NJ 08108-2812
517083207      +Lenox Law Firm,    136 Franklin Corner, Unit B2,    Lawrenceville, NJ 08648-2586
517083208      +Middletown Animal Hospital,    1330 State Route 35,    Middletown, NJ 07748-2086
517083215      +New Jersey Auto Wholesale,    393 State Route 36,    Port Monmouth, NJ 07758-1323
517083217      +New Jersey Natural Gas,    633 Lake Avenue,    Asbury Park, NJ 07712-7108
517083216      +New Jersey Natural Gas,    201 Roundhill Drive,    Roundhill Corporate Center,
                 Rockaway, NJ 07866-1223
517083219      +New Jersey Natural Gas,    775 Vassar Avenue,    Lakewood, NJ 08701-6908
517083218       New Jersey Natural Gas,    1415 Wyckoff Road,    Wall, NJ 07719
517083221       PNC Bank,    Attn: Bankruptcy Department,    PO Box 489909,    Charlotte, NC 28269-5329
517284119       Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517083225      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517083246      +Public Tax Investments, LLC,    575 Route 70-2nd Floor,    Brick, NJ 08723-4042
517083226      +Quality Asset Recovery,    7 Foster Avenue, Suite 101,    Gibbsboro, NJ 08026-1191
517083227       Radiology Associates, PA,    PO Box 828050,    Philadelphia, PA 19182-8050
517083229      +S.C. Fan, MD,    130 Maple Avenue, Suite 1A,    Red Bank, NJ 07701-1729
517083237      +SPUH: Physician Billing Services,    PO Box 11679 - Dept 595,    Newark, NJ 07101-4679
517083230      +Saint Peter's University Hospital,    Patient Accounting Office,    254 Easton Avenue,
                 New Brunswick, NJ 08901-1766
517083239      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
517083240      +University Radiology,    579A Cranbury Road,    East Brunswick, NJ 08816-5426
517083242      +Wallace Michals, Court Officer,    PO Box 404,    Oakhurst, NJ 07755-0404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2018 00:04:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2018 00:04:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517083185      +EDI: PHINAMERI.COM Mar 10 2018 04:33:00      AmeriCredit,    801 Cherry Street, Suite 3500,
                 Fort Worth, TX 76102-6854
517083243      +E-mail/Text: lshields@trafgroup.org Mar 10 2018 00:04:26      American Trading Company,
                 PO Box 6448,    Lawrenceville, NJ 08648-0448
517083244      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 10 2018 00:04:53
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
517294523      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 10 2018 00:04:53
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1837
517083189      +EDI: CHASE.COM Mar 10 2018 04:34:00      Chase Bank,    270 Park Avenue,
                 New York, NY 10017-2070
517083190      +Fax: 602-659-2196 Mar 10 2018 00:14:55      Chexsystems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
517083192      +EDI: CCS.COM Mar 10 2018 04:33:00      Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
517083194      +E-mail/Text: bknotice@ercbpo.com Mar 10 2018 00:04:28      Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
517083200       E-mail/Text: bankruptcy@firstenergycorp.com Mar 10 2018 00:04:26      FirstEnergy Corp.,
                 76 South Main Street,    Akron, OH 44308
517083201      +EDI: PHINAMERI.COM Mar 10 2018 04:33:00      GM Financial,    801 Cherry Street, Suite 3500,
                 Fort Worth, TX 76102-6854
517083202      +EDI: IIC9.COM Mar 10 2018 04:34:00      I.C. System, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517170060       EDI: JEFFERSONCAP.COM Mar 10 2018 04:33:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Mar 09, 2018
                              Form ID: 148             Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517083209       +EDI: MID8.COM Mar 10 2018 04:33:00      Midland Credit Management, Inc.,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
517083210       +EDI: MID8.COM Mar 10 2018 04:33:00      Midland Funding, LLC,    2365 Northside Drive, Suite 300,
                 San Diego, CA 92108-2709
517083212        E-mail/Text: kmorgan@morganlaw.com Mar 10 2018 00:05:11       Morgan, Bornstein & Morgan,
                 1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3269
517083213       +E-mail/Text: egssupportservices@alorica.com Mar 10 2018 00:04:33       NCO Financial Systems,
                 507 Prudential Road,    Horsham, PA 19044-2308
517083223        EDI: PRA.COM Mar 10 2018 04:33:00      Portfolio Recovery Associates,    120 Corporate Boulevard,
                 Norfolk, VA 23502
517283560        EDI: PRA.COM Mar 10 2018 04:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517237941        EDI: PRA.COM Mar 10 2018 04:33:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517083220       +EDI: RESURGENT.COM Mar 10 2018 04:34:00      Pinnacle Credit Service,    Po Box 640,
                 Hopkins, MN 55343-0640
517281159        EDI: Q3G.COM Mar 10 2018 04:34:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517083228       +E-mail/Text: Supportservices@receivablesperformance.com Mar 10 2018 00:05:12       RPM,
                 20816 44th Ave. W,    Lynnwood, WA 98036-7799
517083234        E-mail/Text: clientservices@sourcerm.com Mar 10 2018 00:05:05       Source Receivables Management,
                 4615 Dundas Drive, Suite 102,    Greensboro, NC 27407
517083233       +E-mail/Text: bankruptcy@savit.com Mar 10 2018 00:05:20       SaVit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
517083235        EDI: NEXTEL.COM Mar 10 2018 04:33:00      Sprint,    6391 Sprint Parkway,
                 Overland Park, KS 66251-4300
517108086       +EDI: AIS.COM Mar 10 2018 04:33:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517083238       +EDI: TCISOLUTIONS.COM Mar 10 2018 04:33:00      Total Card, Inc.,    5109 S. Broadbank Lane,
                 Sioux Falls, SD 57108-2208
517193755       +EDI: AIS.COM Mar 10 2018 04:33:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517083241       +EDI: VERIZONEAST.COM Mar 10 2018 04:34:00      Verizon,    Bankruptcy Administration,
                 500 Technology Drive, Suite 550,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517112643*      +American Trading Co.,    POB 6448,    Lawrenceville, NJ 08648-0448
517112644*      +Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
517083245*      +Borough of Union Beach,    Tax Collector’s Office,    650 Poole Avenue,    Keyport, NJ 07735-3044
517083195*      +Enhanced Recovery Corporation,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517083203*      +I.C. System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517083211*      +Midland Funding, LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
517083214*      +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2308
517083222*       PNC Bank,    Attn: Bankruptcy Department,    PO Box 489909,    Charlotte, NC 28269-5329
517083224*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates,    120 Corporate Boulevard,
                 Norfolk, VA 23502)
517112645*      +Public Tax Investments, LLC,    575 Route 70-2nd Floor,    Brick, NJ 08723-4042
517083231*      +Saint Peter’s University Hospital,    Patient Accounting Office,    254 Easton Avenue,
                 New Brunswick, NJ 08901-1766
517083232*      +Saint Peter’s University Hospital,    Patient Accounting Office,    254 Easton Avenue,
                 New Brunswick, NJ 08901-1766
517083236*       Sprint,    6391 Sprint Parkway,    Overland Park, KS 66251-4300
                                                                                  TOTALS: 0, * 13, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 09, 2018
                              Form ID: 148             Total Noticed: 66
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jonathan  Goldsmith Cohen    on behalf of Debtor Henry   Mueller imclawgroupecf@gmail.com
              Jonathan  Goldsmith Cohen    on behalf of Joint Debtor Kathleen L. Mueller imclawgroupecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```